Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED 9144 BURNETT ROAD SE, YELM, WASHINGTON, THURSTON COUNTY PARCEL NUMBER 21713340601, *et al*. <br><br> Defendants. | CASE NO. C14-5231 RBL <br><br><br> **JUDGMENT OF FORFEITURE OF 53 GOLD COINS PURSUANT TO RULE 55(b)** |

THIS MATTER came before the Court on the United States' Motion for Default Judgment of Forfeiture against the following property pursuant to Federal Rule of Civil Procedure 55(b), Local Civil Rule 55(b), and Local Admiralty Rule 130(d):

- 53 gold coins out of the miscellaneous gold and silver, seized from 10814 128th Avenue SE, Rainier, Washington.

Having reviewed the record in this case, the Court FINDS:

The United States published and sent direct notice to identified potential claimants to the above-identified property.  Dkt. Nos. 181, 184, 189-1; *see also United States v. United States v. One 2011 Lincoln Navigator, et al.*, CV14-5645, Dkt. No. 23.

Judgment of Forfeiture of Forfeiture of Certain
Properties Pursuant to Rule 55(b), C14-5231-RBL - 1

On October 11, 2017, the Court approved a Stipulated Settlement Agreement as to Mr. Simmons' claim to the miscellaneous gold and silver, in which the United States agreed to return to Mr. Simmons all but the above-referenced 53 gold coins out of the miscellaneous gold and silver seized from 10814 128th Avenue SE in Rainier, Washington.  Dkt. No. 148, ¶ 1.  In the Settlement Agreement, Mr. Simmons agreed not to oppose forfeiture to the United States of the remaining 53 gold coins.  *Id*. ¶ 2;

No other claims have been filed to the above-identified 53 gold coins; and

On April 30, 2019, the Clerk of the Court entered default against identified and unknown potential claimants to the property.  Dkt. No. 190.

THEREFORE, THE COURT ENTERS a Default Judgment of Forfeiture, as follows:

1.      The above-identified 53 gold coins are fully and finally forfeited, in their entirety, to the United States; and

2.      The United States Department of Justice, and/or its agents and representatives, shall dispose of the 53 gold coins in accordance with law.

IT IS SO ORDERED.

DATED this 21st day of August, 2020.

Ronald B. Leighton
United States District Judge

Judgment of Forfeiture of Forfeiture of Certain
Properties Pursuant to Rule 55(b), C14-5231-RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | Presented by:

2

3 | /s/ Matthew H. Thomas
MATTHEW H. THOMAS
4 | Assistant United States Attorney
United States Attorney's Office
5 | 1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402-4383
6 | Telephone:    (253) 428-3800
Matthew.H.Thomas@usdoj.gov
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment of Forfeiture of Forfeiture of Certain
Properties Pursuant to Rule 55(b), C14-5231-RBL - 3